FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

*Jan 25, 2012*

GREGORY C. LANGHAM, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

      Defendant.
_____

### WARRANT FOR ARREST OF PROPERTY *IN REM*
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described in the Verified Complaint for Forfeiture *In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

    TO PROMPTLY make your return of this Warrant with the Court.

    DONE at Denver, Colorado, this  25th  day of   January   , 2012.

                                        GREGORY C. LANGHAM
                                        Clerk of the United States District Court

                        By:  s/L. Gianelli
                             Deputy Clerk