IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00107-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2012, true copies of the Notice of Complaint for Forfeiture, Verified Complaint for Forfeiture *In Rem*, Order for Warrant for Arrest of Property *In Rem*, Warrant for Arrest of Property *In Rem*, and Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

| | |
|---|---|
| Jeremy Asterino<br>7310 Krameria Street<br>Commerce City, Colorado  80022 | Cert Mail # 7010 3090 0001 3928 6160 |
| Trina Collier<br>7310 Krameria Street<br>Commerce City, Colorado  80022 | Cert Mail # 7010 3090 0001 3928 6177 |
| Ariel Z. Benjamin, Esq.<br>Springer & Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado  80202 | Cert Mail # 7010 3090 0001 3928 6184 |

                                                                     s/ *Raisa V. Pitman*
                                                                      FSA Data Analyst
                                                                      Office of the U.S. Attorney