IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00107-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

       Defendant.

_____

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF**
_____

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the above-named Plaintiff.

DATED this 27th day of March, 2012.

                                                    Respectfully submitted,

                                                    JOHN F. WALSH
                                                    United States Attorney

                                     By: s/ *Tonya S. Andrews*
                                             Tonya S. Andrews
                                             Assistant United States Attorney
                                             1225 Seventeenth Street, Ste. 700
                                             Denver, Colorado 80202
                                             Telephone: (303) 454-0100
                                             E-mail: tonya.andrews@usdoj.gov
                                             *Attorney for Plaintiff*