IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00107-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

        Defendant.
_____

**NOTICE OF PUBLICATION**
_____

        I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning January 26, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

        DATED this 27th day of March, 2012.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: Tonya.Andrews@usdoj.gov
    *Attorney for Plaintiff*