IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00107-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

       Defendant.

## MOTION FOR CLERK'S ENTRY OF DEFAULT

       COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 55, moves for entry of default. In support, Plaintiff states:

       1.    Plaintiff commenced this civil forfeiture action on January 17, 2012, by filing its Verified Complaint for Forfeiture *In Rem*. (Doc. 1).

       2.    Notice of this civil forfeiture action was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning January 26, 2012, as evidenced by the Notice of Publication filed March 27, 2012. (Doc. 7).

       3.    In addition, Plaintiff served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail return receipt requested as evidenced by the plaintiff's Certificate of Service filed with the Court on January 26, 2012. (Doc. 5).

1

4. To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

WHEREFORE, the United States requests that pursuant to Fed. R. Civ. P. 55(a) that the Clerk enter default.

DATED this 27th day of March, 2012.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>By: s/ *Tonya S. Andrews*
>Tonya S. Andrews
>Assistant United States Attorney
>1225 17th Street, Suite 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>E-mail: Tonya.Andrews@usdoj.gov
>*Attorney for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on this 27th day of March, 2012, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

| | |
|---|---|
| Jeremy Asterino<br>7310 Krameria Street<br>Commerce City, Colorado  80022 | Cert Mail # 7010 2780 0002 3339 0861 |
| Trina Collier<br>7310 Krameria Street<br>Commerce City, Colorado  80022 | Cert Mail # 7010 2780 0002 3339 0878 |
| Ariel Z. Benjamin, Esq.<br>Springer & Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado 80202 | Cert Mail # 7010 2780 0002 3339 0885 |

>s/ *Raisa V. Pitman*
>FSA Data Analyst
>Office of the U.S. Attorney