IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00107-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

       Defendant.

## ENTRY OF DEFAULT

       THIS MATTER is before the Clerk's Office on Plaintiff's Motion for Clerk's Entry of Default. Upon examination of our records, we find that:

       (a)    Plaintiff filed its Verified Complaint for Forfeiture *In Rem* on January 17, 2012. (Doc. 1).

       (b)    Service was made by publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning January 26, 2012, as evidenced by the Notice of Publication filed March 27, 2012. (Doc. 7);

       (c)    Service to all known interested parties was made via regular mail and certified mail return receipt requested as evidenced by the plaintiff's Certificate of Service filed with the Court on January 26, 2012. (Doc. 5); and

       (d)    To date, no claim, answer, or other responsive pleading has been filed as to defendant property.

2

Therefore, DEFAULT as to the defendant property is herewith entered.

DONE at Denver, Colorado this _____ day of _____, 2012.

                                                    GREGORY C. LANGHAM
                                                  Clerk of the U.S. District Court

By: _____
      Deputy Clerk