IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00107-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

        Defendant.
_____

## UNITED STATES' MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE

COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 55 and 21 U.S.C. § 881, moves for default and final order of forfeiture of defendant $8,000.00 in United States Currency in favor of the United States.

In support, Plaintiff states:

1. On January 17, 2012, the United States filed its Verified Complaint seeking forfeiture of defendant $8,000.00 in United States Currency pursuant to 21 U.S.C. § 881(a)(6). (Doc. 1). All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture.

2. On January 26, 2012, the United States mailed notice of this forfeiture action to the only known potential claimants, Jeremy Asterino and Trina Collier, as well as Jeremy Asterino's counsel, Ariel Z. Benjamin, Esq. *See* (Doc. 5).

1

3. In addition, notice of this forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 26, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. This rule requires the United States to provide notice to any potential unknown third parties. *See* Notice of Publication, filed with the Court on March 27, 2012. (Doc. 7).

4. On February 6, 2012, the Notice of Complaint for Forfeiture mailed via Return Receipt Requested to Trina Collier in Commerce City, Colorado, was received and signed for by Trina Collier. On the same date, the Notice of Complaint for Forfeiture mailed via Return Receipt Requested to Jeremy Asterino at that same address in Commerce City, Colorado, was received and signed for by Trina Collier.

5. The Notice of Complaint for Forfeiture mailed via Return Receipt Requested to Ariel Z. Benjamin, Esq. was received and signed for by "Jenn Schilling" on January 30, 2012.

6. After providing proper notice, no claim, answer, or other responsive pleading has been filed as to defendant $8,000.00 in United States Currency.

7. Entry of Default was entered on March 28, 2012, by the Clerk of the Court. (Doc. 9).

8. Upon entry of the Final Order of Forfeiture, the United States requests that the Clerk of Court be directed to enter Judgment as to defendant $8,000.00 in United States Currency, in favor of the United States.

WHEREFORE, the United States prays for default and final order of forfeiture of defendant $8,000.00 in United States Currency in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and for the court to direct the Clerk of Court to enter Judgment as to defendant $8,000.00 in United States Currency for the reasons set forth above.

DATED this 28th day of March, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

3

## CERTIFICATE OF MAILING

I hereby certify that on this 28th day of March, 2012, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

| | |
|---|---|
| Jeremy Asterino<br>7310 Krameria Street<br>Commerce City, Colorado 80022 | Cert Mail # 7010 2780 0002 3339 0946 |
| Trina Collier<br>7310 Krameria Street<br>Commerce City, Colorado 80022 | Cert Mail # 7010 2780 0002 3339 0953 |
| Ariel Z. Benjamin, Esq.<br>Springer & Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado 80202 | Cert Mail # 7010 2780 0002 3339 0960 |

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney