IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00107-RBJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$8,000.00 IN UNITED STATES CURRENCY,

     Defendant.
_____

## FINAL JUDGMENT
_____

     Pursuant to and in accordance with the Default and Final Order of Forfeiture entered by the Honorable R. Brooke Jackson, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

     1.     Forfeiture and all right, title, and interest is hereby entered in favor of Plaintiff pursuant to 21 U.S.C. § 881; and full legal title of defendant $8,000.00 in United States Currency is hereby entered in favor of the United States.

     2.     The United States may dispose of the above-described forfeited property in accordance with law.

     Dated at Denver, Colorado this 30th day of March, 2012.

     FOR THE COURT:

     GREGORY C. LANGHAM
     Clerk of the United States District Court

     By:  _s/ Edward P. Butler____
          Edward P. Butler, Deputy Clerk